FILED

2021 MAR 19 PM 1:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY DVE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> JOSE ALFREDO CHAVEZ-BASURTO <br><br> DEFENDANT(S). | 8:21-MJ-00199-DUTY <br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: INDICTMENT
in the _____ District of SOUTH CAROLINA on 8/11/2020
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 _____ U.S.C., Section(s) 841, 881
to wit: 21 USC 841, 924, 884 and 18 USC 924

A warrant for defendant's arrest was issued by: ROBIN BLUME(CLERK OF COURT) GREENVILLE, SC

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/19/21
                Date

_____
Signature of Agent

ANDREW NGUYEN
Print Name of Agent

USMS
Agency

DEPUTY US MARSHAL
Title