Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED

2021 MAR 19 PM 1:08
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

JOSE ALFREDO CHAVEZ-BASURTO
USMS# 35116-509
DEFENDANT

CASE NUMBER: 8:21-MJ-00199-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 3/19/2021 at 12:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583 PROBATION VIOLATIONS

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: ____

7. Year of Birth: 1995

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): ____

11. Name: ANDREW NGUYEN   (please print)

12. Office Phone Number: 7143384610

13. Agency: USMS

14. Signature: *[signed]*

15. Date: 3/19/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION