# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Jose Alfredo Chavez Basurto Defendant. | Southern Division<br>Case #: 8:21-MJ-00199<br>Initial App. Date: 03/19/2021<br>Time: 2:00 PM<br><br>Date Filed: 03/19/2021<br>Violation: 18 U.S.C. 3583<br>CourtSmart/Reporter: Debbie Gale |

Out of District Affidavit Custody

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Douglas F. McCormick**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**   Nancy K. Boehme          Melissa Rabbani          / None
                *Deputy Clerk*         *Assistant U.S. Attorney*      *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: Jason Hannan and ☑ DFPD, and ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Defendant executed Waiver of Rights.

☑ Court ORDERS defendant Held to Answer to District of South Carolina
☑ Warrant of removal and final commitment to issue. 03/19/2021 By CRD: N. Boehme

☑ Defendant committed to the custody of the U.S. Marshal

Deputy Clerk Initials: nb
00 : 05